UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 06 B 04140
   ROLANDO P PEDROSO
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7953
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/06 and confirmed on 06/09/06.

2. The case was converted to Chapter 7 after confirmation, 01/30/2008.

3. The Debtor paid a total of $ 6615.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2019.28 | .00 | 600.02 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 1587.88 | .00 | 471.83 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3448.30 | .00 | 1024.65 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RADIO SHACK CORP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | SECURED | 500.00 | 46.99 | 251.10 |
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE BANK | UNSECURED | 3420.15 | .00 | 1016.30 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 500.00 | .00 | 10475.61 | .00 | 10975.61 |
| PRINCIPAL PAID | 251.10 | .00 | 3112.80 | .00 | 3363.90 |
| INTEREST PAID | 46.99 | .00 | .00 | .00 | 46.99 |
| TOTAL PAID | 298.09 | .00 | 3112.80 | .00 | 3410.89 |

The Debtor's attorney, ZALUTSKY & PINSKI                      , was allowed $  3000.00
and was paid $    46.00  direct and $   2954.00  through the plan.

The Trustee received $    250.11 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/18/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 04140 ROLANDO P PEDROSO